UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WYATT SCOTT PETERSON,<br><br>Defendant. | Case No. 2:18-cr-00408-APG-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Provide Filed Documents. ECF No. 154. Defendant seeks copies of all documents filed in this case. The rules cited by Defendant do not require the Court to copy documents for parties. The Court does not have the resources to provide what Defendant seeks. The Court recommends Defendant seek a copy of his file from counsel Benjamin Nadig who is with the Federal Public Defender's Office.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Provide Filed Documents (ECF No. 154) is DENIED.

Dated this 26th day of January, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1