# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>WYATT SCOTT PETERSON,<br><br>    Defendant | Case No.: 2:18-cr-00408-APG-EJY<br><br>**Order Setting Hearing on Motion to Discharge Counsel**<br><br>[ECF No. 161] |

    The sentencing hearing for defendant Wyatt Peterson is scheduled for this Wednesday, May 3, 2023. The government has moved to declare Peterson in breach of his plea agreement. ECF No. 159. Under the Local Rules, that motion likely will not be fully briefed before the sentencing hearing. In addition, Peterson has filed a motion to discharge his counsel. ECF No. 161. The outcome of that motion may affect the response deadline for the government's motion. I will vacate the sentencing hearing and use the scheduled hearing time to address Peterson's motion to discharge his counsel.

    I THEREFORE ORDER that the sentencing hearing scheduled for Wednesday, May 3, 2023 is continued to a date to be set after resolution of Peterson's pending motion.

    I FURTHER ORDER that I will conduct a hearing on Peterson's motion to discharge his counsel **(ECF No. 161)** on **Wednesday, May 3, 2023 at 9:00 a.m**.

    DATED this 1st day of May, 2023.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE