```
JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
```
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WYATT SCOTT PETERSON,<br><br>　　　　　　Defendant. | CASE NO: 2:18-cr-408-APG-EJY<br><br>STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST) |

　　　　It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Benjamin Nadig, Esq., counsel for Defendant Wyatt Scott Peterson, that the sentencing hearing in the above-captioned matter, previously scheduled for July 6, 2023, at 10:00 a.m., be vacated and continued until a time convenient to the Court, but no earlier than 90 days from the current setting.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Sentencing in this matter is currently set for July 6, 2023.

　　　　2.　　As the Court is aware, defendant's guilty plea in this matter is a global agreement in which defendant also agreed to and did plead guilty in *United States v. Peterson*, Case No. 2:18-cr-106-JAD-DJA ("Robbery Case"). As the Court is similarly aware, there

are some lingering legal issues the parties are attempting to resolve prior to the sentencing hearing that are related to both cases.

3. Due to Probation's need for additional time to complete the Presentence Investigation Report, the parties had agreed to stipulate to a continuance of the sentencing hearing in the Robbery Case. As such, the parties agree a similar stipulation is necessary in the instant matter so that the parties preserve the ability to resolve said legal issues prior to sentencing.

4. Defendant is in custody and does not object to this continuance.

5. This is the first request for a continuance of the sentencing hearing in this matter.

Dated this 1st day of June, 2023.

JASON M. FRIERSON
United States Attorney

By: s/ *Jim W. Fang*  
    JIM W. FANG  
    Assistant United States Attorney

By: s/ *Benjamin Nadig*  
    BENJAMIN NADIG, ESQ.  
    Counsel for Defendant PETERSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WYATT SCOTT PETERSON,<br><br>            Defendant. | CASE NO: 2:18-cr-408-APG-EJY<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS ORDERED that the sentencing hearing, currently scheduled for July 6, 2023, at 10:00 a.m., is vacated and continued to October 11, 2023, at 10:00 a.m. in Courtroom 6C.

Dated this 2nd day of June, 2023.

By: _____
     JUDGE ANDREW P. GORDON
     UNITED STATES DISTRICT JUDGE