JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>   vs.<br><br>WYATT SCOTT PETERSON,<br><br>                              Defendant. | CASE NO:  2:18-cr-408-APG-EJY<br><br>STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST) |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Benjamin Nadig, Esq., counsel for Defendant Wyatt Scott Peterson, that the sentencing hearing in the above-captioned matter, previously scheduled for October 11, 2023, at 10:00 a.m., be vacated and continued until a time convenient to the Court, but no earlier than 45 days from the current setting.

This Stipulation is entered into for the following reasons:

1.      Sentencing in this matter is currently set for October 11, 2023.

2.      As the Court is aware, defendant's guilty plea in this matter is a global agreement in which defendant also agreed to and did plead guilty in *United States v. Peterson*, Case No. 2:18-cr-106-JAD-DJA ("Robbery Case"). As the Court is similarly aware, there are some lingering legal issues related to sentencing and representation, which the parties

have resolved through an amended plea agreement. The parties need additional time to finalize and present the amended agreement to the Court, while counsel in the Robbery Case will move to substitute as counsel in this case in place of Mr. Nadig.

      3.      Due to Probation's need for additional time to complete the Presentence Investigation Report, the parties had also agreed to stipulate to a continuance of the sentencing hearing in the Robbery Case.

      4.      Defendant is in custody and does not object to this continuance.

      5.      This is the second request for a continuance of the sentencing hearing in this matter.

Dated this 11th day of September, 2023.

JASON M. FRIERSON
United States Attorney


By: s/ *Jim W. Fang*             By: s/ *Benjamin Nadig*
    JIM W. FANG                     BENJAMIN NADIG, ESQ.
    Assistant United States Attorney      Counsel for Defendant PETERSON

1

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

3

UNITED STATES OF AMERICA,

4
                              Plaintiff,          CASE NO:  2:18-cr-408-APG-EJY

5
         vs.
                                                  ORDER
6
WYATT SCOTT PETERSON,

7
                              Defendant.

8          Based on the pending Stipulation of counsel, and good cause appearing therefore,

9    IT IS ORDERED that the sentencing hearing, currently scheduled for October 11, 2023,

10   at 10:00 a.m., is vacated and continued to <u>December 12</u>, <u>2023,</u> at <u>11:00</u> a.m. in Las

11   Vegas Courtroom 6C..

12   Dated this <u>12th</u> day of September, 2023.

13

14                                    By: _____

15                                         JUDGE ANDREW P. GORDON
                                      UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24