RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Wyatt Scott Peterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WYATT SCOTT PETERSON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00408-APG-EJY-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Scott Peterson, that the Sentencing Hearing currently scheduled on December 12, 2023, at 11:00 a.m., be vacated and continued to February 20, 2024 or a date and time convenient to the Court.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel is attempting to resolve Mr. Peterson's pending state cases. A plea agreement has been submitted to the state court and a change of plea hearing has been scheduled for December 12, 2023 (the same day the instant federal sentencing is scheduled).

Defense counsel wishes to resolve the pending state cases in advance of the instant case so that the federal presentence investigation report can be revised accordingly.

2. Additionally, defense counsel requires additional time to visit Mr. Peterson in person to review the presentence investigation report with him. Due to the upcoming holiday, defense counsel will be unable to do so until next month.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 14th day of November 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYATT SCOTT PETERSON,<br><br>　　　　Defendant. | Case No. 2:18-cr-00408-APG-EJY-2<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 12, 2023, at 11:00 a.m., be vacated and continued to February 20, 2024 at 11:00 a.m.

DATED this <u>15th</u> day of November 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE