RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Wyatt Scott Peterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00408-APG-EJY-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| WYATT SCOTT PETERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Scott Peterson, that the Sentencing Hearing currently scheduled on May 2, 2024, at 9:30 a.m., be vacated and continued to August 5, 2024 at 9:00 a.m. or a date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Since the last requested continuance, defense counsel has been able to resolve all three of Mr. Peterson's pending state matters. Additional time is needed to resolve a credit issue pertaining to one of the recently resolved state cases. Resolving the matter will ensure that

there are no unnecessary detainers or holds that would negatively impact Mr. Peterson's ability to program at the BOP.

2. Additionally, Mr. Peterson's father wishes to be present at the sentencing hearing. He has a medical appointment that will conflict with the current setting.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 25th day of April 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | /s/ Jim W. Fang<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00408-APG-EJY-2 |
| Plaintiff, | **ORDER** |
| v. | |
| WYATT SCOTT PETERSON, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, May 2, 2024, at 9:30 a.m., be vacated and continued to August 5, 2024 at 9:00 a.m.

DATED this 26th day of April 2024.

_____
UNITED STATES DISTRICT JUDGE