RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Wyatt Scott Peterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00408-APG-EJY-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fourth Request) |
| WYATT SCOTT PETERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Scott Peterson, that the Sentencing Hearing currently scheduled on August 5, 2024, at 9:00 a.m., be vacated and continued to December 11, 2024 at 9:00 a.m. or a date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Since the last requested stipulation, the final presentence investigation report (PSR) was completed and disclosed to the court. Defense counsel met with Mr. Peterson yesterday to review the PSR. There are a few minor objections which have already been discussed with probation and the government. There remains a lingering issue with one of

Mr. Peterson's recently resolved state cases and defense counsel is working with the Nevada Department of Corrections (NDOC) to update that information in their system so that the information can be corrected in the PSR.

2. Additionally, defense counsel has confirmed with NDOC that Mr. Peterson is eligible for state parole on November 25, 2024.[1] Mr. Peterson requests a continuance in hopes of getting paroled in November. This would permit the PSR to be revised to indicate that his state case has been resolved and would eliminate the state detainer/hold. Currently, if he is transported to the BOP with a detainer, it will negatively impact his classification and ability to program. Significantly, once an inmate is classified, the process for the initial reclassification is approximately 18 months. Mr. Peterson requests this final continuance to maximize his chance of success and rehabilitation in the BOP.

3. Absent extraordinary circumstances, the defense will seek no further continuances.

4. The government has no opposition.

5. The defendant is incarcerated and does not object to the continuance.

6. The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 1st day of August 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By  */s/ Raquel Lazo*<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By  */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

---

[1] This information is one of the revisions defense counsel recently requested probation to make.

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00408-APG-EJY-2 |
| Plaintiff, | **ORDER** |
| v. | |
| WYATT SCOTT PETERSON, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, August 5, 2024, at 9:00 a.m., be vacated and continued to December 11, 2024 at 9:00 a.m.

DATED this 2nd day of August 2024.

_____
UNITED STATES DISTRICT JUDGE