RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Wyatt Scott Peterson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WYATT SCOTT PETERSON,<br><br>        Defendant. | Case No. 2:18-cr-00408-APG-EJY-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Scott Peterson, that the Sentencing Hearing currently scheduled on February 20, 2025, at 9:00 a.m., be vacated and continued to March 3, 2025 at 10:00 a.m. or a date and time convenient to the court..

This Stipulation is entered into for the following reasons:

1.     Mr. Peterson met with the Nevada parole board on October 29, 2024. The NV parole board rescheduled the hearing and requested additional information regarding the instant federal case. The parties are awaiting the parole board's decision to revise the PSR. The PSR revisions could impact Mr. Peterson's classification and ability to program. Significantly, once

an inmate is classified, the process for the initial reclassification is approximately 18 months. Mr. Peterson requests this continuance to maximize his chance of success and rehabilitation in the BOP.

2. Additionally, defense counsel has a conflict and will be out of the jurisdiction on the current setting.

3. Absent extraordinary circumstances, the defense will seek no further continuances.

4. The government has no opposition.

5. The defendant is incarcerated and does not object to the continuance.

6. The parties agree to the continuance.

This is the sixth request for a continuance of the sentencing hearing.

DATED this 7th day of January 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Raquel Lazo<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By /s/ Jim W. Fang<br>JIM W. FANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WYATT SCOTT PETERSON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00408-APG-EJY-2<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 20, 2025 at 9:00 a.m., be vacated and continued to Monday, March 3, 2025 at 10:00 a.m..

　　DATED this 8th day of January 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE