**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00408-APG-EJY |
| Plaintiff | **Order Setting Briefing Schedule** |
| v. | [ECF Nos. 206, 207] |
| WYATT SCOTT PETERSON, | |
| Defendant | |

Wyatt Peterson has filed a motion to vacate his sentence and conviction under 28 U.S.C. § 2255 and a motion to extend time to file that motion. ECF Nos. 206, 207.  I order the United States to file responses to those motions, if they have any, by May 11, 2026.  Peterson may file a reply in support of his motion by June 5, 2026.

DATED this 13th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE